UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Ronald Wenman, 138134,

       Petitioner,                       Case No.  11-14040

v.                                         Judge Sean F. Cox

Carol Howes,
                                        Magistrate Judge Charles E. Binder

       Respondent(s).
_____/

ORDER AMENDING CAPTION

      The Petitioner has filed a petition for writ of habeas corpus under 28 U.S.C. § 2254.  The proper Respondent for a habeas petition filed pursuant to 28 U.S.C. § 2254 is the state officer having custody of the Petitioner.  See Rule 2, Rules Governing Section 2254 Cases.  Petitioner is incarcerated at:

                Lakeland Correctional Facility
                141 First Street
                Coldwater, MI 49036
                BRANCH COUNTY

The Warden of that facility is  Carol R Howes                              .

      Accordingly, the Court hereby **ORDERS** the case caption be amended to read as follows:

*"Ronald Wenman v. Carol R Howes ."*

Date:  October 17, 2011                                 s/R. Steven Whalen
                                                               R. Steven Whalen
                                                                United States Magistrate Judge

Certificate of Service

     I hereby certify that a copy of the foregoing document was served upon Petitioner on the date indicated below by first class mail.

Date:  October 17, 2011                                 s/ T McGovern
                                                                Deputy Clerk