UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RONALD WENMAN, 138134,

    Petitioner,

v.

CAROL HOWES,

    Respondent.

CASE NO. 2:11-CV-14040

HON. SEAN F. COX

MAG. CHARLES E. BINDER

**Notice of Filing Rule 5 Materials
Index of Record
Certificate of Service**

**Notice**

TO:   138134 RONALD WENMAN
        LAKELAND CORRECTIONAL FACILITY
        141 FIRST STREET
        COLDWATER MI  49036

PLEASE TAKE NOTICE that a copy of Rule 5 Material is being served upon the Clerk of the United States District Court for the Eastern District of Michigan, Southern Division, as set forth in the attached Index of Record.

Respectfully submitted,

Bill Schuette
Attorney General

s/Laura Moody

Assistant Attorney General
Appellate Division
P.O. Box 30217
Lansing, MI  48909
517/373-4875
moodyl@michigan.gov
P51994

Dated: May 31, 2012

## Index of Record
2:11-cv-14040

1. Jackson County Docket Sheet 05-007037-FC
2. 09-01-05 Transcript
3. 10-28-05 Transcript
4. 11-17-05 Transcript
5. 12-02-05 Transcript
6. 01-31-06 Transcript
7. 02-16-06 Transcript
8. 03-06-06 Transcript
9. 03-07-06 Transcript
10. 04-12-06 Transcript
11. 12-04-06 Motion for Ginther Hearing on Remand
12. 12-21-06 Answer to Motion for New Trial
13. 01-05-07 Order Denying Motion for New Trial
14. 01-05-07 Transcript
15. 11-18-09 Motion for Relief from Judgment with Brief in Support and exhibits
16. 11-24-09 Supplemental of Motion
17. 12-13-09 Supplemental of Motion
18. 01-22-10 Answer to Motion for Relief from Judgment
19. 02-01-10 Defendant's Rebuttal to Plaintiff's Answer to Motion for Relief from Judgment
20. 03-05-10 Order following Defendant's Motion for Relief from Judgment and Sentencing
21. 03-15-10 Motion for Reconsideration
22. 05-05-10 Order following Defendant's Motion for Reconsideration
23. Michigan Court of Appeals 269838
24. Michigan Supreme Court 136525
25. Michigan Court of Appeals 298284
26. Michigan Supreme Court 141664

## Certificate of Service

I hereby certify that on May 31, 2012, I electronically filed the foregoing papers with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

    HONORABLE SEAN F. COX
    MAGISTRATE JUDGE CHARLES E. BINDER

and I hereby certify that Kimborly S. Musser has mailed by United States Postal Service the papers to the following non-ECF participant:

138134 RONALD WENMAN
LAKELAND CORRECTIONAL FACILITY
141 FIRST STREET
COLDWATER MI  49036

        Bill Schuette
        Attorney General

        s/<u>Laura Moody</u>

        Assistant Attorney General
        Appellate Division
        P.O. Box 30217
        Lansing, MI  48909
        517/373-4875
        moodyl@michigan.gov
        P51994

Case 2:11-cv-14040-SFC-CEB   ECF No. 8   filed 05/31/12   PageID.335   Page 3 of 3